David C. Wakefield, Esq.       Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone: 619.485.4300; Facsimile: 619.342.7755
E-mail:   dcw@DMWakeLaw.com
Attorney for Plaintiffs

Jennifer S. McGeorge, Esq. (SBN 221679)
Email: jmcgeorge@fordharrison.com
FordHarrison LLP
350 South Grand Avenue Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2403
Facsimile: (213) 237-2401

Shannon L. Kelly, Esq.
Email: skelly@fordharrison.com
FordHarrison LLP
300 South Orange Avenue, Suite 1300
Orlando, FL 32801
Telephone: (407) 418-2305
Facsimile: (407) 418-2327

Attorneys for Defendant 5550 BALBOA ARMS LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>Plaintiffs,<br>v.<br>**5550 BALBOA ARMS LLC; AND DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants.** | Case No: 3:23-cv-02352-CAB-MMP<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' OPERATIVE FIRST AMENDED COMPLAINT AND INSTANT CASE IN ITS ENTIRETY**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)]<br><br>Presiding Judge: Cathy Ann Bencivengo |

Plaintiffs UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; and JAMES LEE, An Individual, (hereinafter collectively "Plaintiffs") and Defendant 5550 BALBOA ARMS LLC, bring the present Joint Motion pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), to request that this Court enter a dismissal with prejudice of: (1) all Defendants from Plaintiffs' operative First Amended Complaint, and (2) this case in its entirety. The parties herein reached settlement of the present action. Each party shall bear their own respective attorney fees and costs.

Since no Defendants shall remain in this action, all Parties request that Plaintiffs' First Amended Complaint, and this case in its entirety, be dismissed with prejudice.

Respectfully submitted:

Dated: 03/12/2024        **Lightning Law, APC**

By: /S/ *David C. Wakefield, Esq.*
    David C. Wakefield, Esq.
    Attorney for Plaintiffs

Dated: 03/12/2024        **Ford & Harrison LLP**

By: /S/ *Shannon L. Kelly, Esq.*
    Shannon L. Kelly, Esq.
    Attorney for Defendant

///

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: 03/12/2024     **Lightning Law, APC**

By:     /S/ *David C. Wakefield, Esq.*
David C. Wakefield, Esq.
Attorney for Plaintiffs

///

///

///

///

///

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

    On the date stated below, I served the foregoing document described as the following below on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as stated on the attached service list:

1. **JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' OPERATIVE FIRST AMENDED COMPLAINT AND INSTANT CASE IN ITS ENTIRETY**

2. **[Proposed] ORDER ON JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' OPERATIVE FIRST AMENDED COMPLAINT AND INSTANT CASE IN ITS ENTIRETY**

\_    **BY US OVERNIGHT EXPRESS MAIL -** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
**Express Tracking #:**

\_\_\_\_    **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

\_\_\_\_\_    **VIA FACSIMILE** – I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

\_\_\_\_    **BY EMAIL TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the e-mail address(es) indicated.

| | | |
|---|---|---|
| XXX____ | **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(es) indicated. | |
| ____ | **BY OVERNIGHT DELIVERY –** I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business. | |
| ____ | (State) | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| XX | (Federal) | I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was mad. |

Executed on March 12, 2024, at San Diego, California.

　　　　　　　　　　　　　　　　　　__/s/ *David C. Wakefield*
　　　　　　　　　　　　　　　　　　DAVID C. WAKEFIELD

## SERVICE LIST

Jennifer S. McGeorge, Esq.
Email:  jmcgeorge@fordharrison.com
350 South Grand Avenue Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2403
Facsimile: (213) 237-2401

Shannon L. Kelly, Esq.
Email:  skelly@fordharrison.com
FordHarrison LLP
300 South Orange Avenue, Suite 1300
Orlando, FL 32801
Telephone: (407) 418-2305
Facsimile: (407) 418-2327

Attorneys for Defendant