UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al, <br><br>Plaintiffs, <br><br>v. <br><br>5550 BALBOA ARMS LLC, <br><br>Defendant. | Case No.: 23-cv-2352-CAB-MMP <br><br>**DISMISSAL WITH PREJUDICE** |
|---|---|

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated: March 12, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge